GARY M. RESTAINO
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 24-mj-05369-N/A |
| Plaintiff, | |
| v. | NOTICE OF VIDEO DEPOSITION HEARING AS TO DATE, TIME AND LOCATION |
| Sterling Lee Runyon, | |
| Halston D Oir Washington, | |
| Defendants. | |

PLEASE TAKE NOTICE that the video depositions of Jovani Alejandro Gonzalez-Mejia and Lizbeth Jimenez-Hernandez, are currently scheduled for Friday, January 3, 2025, starting at 8:30 a.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED December 9, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/*

Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means dated, December 9, 2024 to:

All ECF Participants.